**Electronically Filed
Supreme Court
SCPW-14-0000989
14-AUG-2014
12:33 PM**

SCPW-14-0000989

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LIVIA SCOTTO, Petitioner,

vs.

STATE OF HAWAIʻI ET. AL., Respondents.

---

ORIGINAL PROCEEDING

ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the documents filed by Petitioner Livia Scotto, on July 22, 2014, which was filed as a petition for a writ of mandamus, and the record, it appears that Petitioner is seeking identical relief challenging the eviction in an appeal to the first circuit court that will be filed pursuant to the order issued in SCPW-14-0000973, and the issues raised in the instant petition are raised in the appeal. Accordingly,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ of mandamus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the petition for a writ of mandamus is dismissed.

DATED:  Honolulu, Hawai'i, August 14, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson